UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LEE MOMEINT,                                          CASE NO.: 1:16-cv-03052

     Plaintiff,

v.

TIME WARNER CABLE, INC.
STELLAR RECOVERY, INC.,

     Defendants.

_____

**DEFENDANT STELLAR RECOVERY, INC.'S FEDERAL RULE 7.1 CORPORATE DISCOSURE STATEMENT AND NOTIFICATION TO AFFILIATES**
_____

     **COMES NOW** the Defendant, **STELLAR RECOVERY, INC.**, by and through the undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1. Stellar Recovery, Inc. has no parent company.

2. There is no publicly held company that owns 10% or more of an ownership interest in Stellar Recovery, Inc.

                                          Respectfully submitted,

                                          */s/Alison N. Emery*
                                          Alison N. Emery
                                          Assurance Law Group
                                          3731 Hendricks Avenue
                                          Jacksonville, FL 32207
                                          904-497-4904 (phone)
                                          904-458-8979 (fax)
                                          alison@assurancelawgroup.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 1, 2016, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, and served copies on the following parties, via their counsel at the following addresses, in the following form:

Via first-class U.S. Mail,
postage pre-paid:

Lee Momient
P.O. Box 608082
Chicago, IL 60660
Tel: (773) 712-2076
*Pro Se Plaintiff*

                                              */s/ Alison Emery*
                                              Alison Emery, Esq.